UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELLA LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>Defendant. )<br>) | Civil Action No. 19-cv-3763 (ABJ) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Respectfully submitted,

TIMOTHY J. SHEA
D.C. Bar #437437
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Civil Chief

By: ____/s/_____
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.simon@usdoj.gov

Counsel for Defendant

And

- 2 -

*/s/ Michael Yoder (with permission)*
Michael A. Yoder, Esq.
Slocumb Law Firm, llc
1225 Eye Street NW, Suite 550A
Washington, D.C. 20005
Main: (202) 737-4141
Direct: (202) 779-9200
Fax: (202) 940-0941
www.SlocumbLaw.com

Counsel for Plaintiff